

U.S. Department of Justice
Civil Rights Division

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

October 16, 2023

Ms. Cheryl Runnebaum
c/o Lewis M. Galloway, Esquire
LG Law
1600 Genessee Street
Suite 918
Kansas City, MO  64102

Re:  EEOC Charge Against Kansas City Kansas Community College, et al.
  No. 563202302681

Dear Ms. Runnebaum:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990,  42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   The investigative file pertaining to your case is located in the EEOC Kansas City Area Office, Kansas City, KS.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                              Sincerely,

                                              Kristen Clarke
                                              Assistant Attorney General
                                              Civil Rights Division

                                         by        /s/ Karen L. Ferguson
                                              Karen L. Ferguson
                                              Supervisory Civil Rights Analyst
                                              Employment Litigation Section

cc: Kansas City Area Office, EEOC

Kansas City Kansas Community College, et al.



U.S. Department of Justice
Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

October 16, 2023

Ms. Cheryl Runnebaum
c/o Lewis M. Galloway, Esquire
LG Law
1600 Genessee Street
Suite 918
Kansas City, MO  64102

Re:  EEOC Charge Against Kansas City Kansas Community College, et al.
     No. 563202302681

Dear Ms. Runnebaum:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Kansas City Area Office, Kansas City, KS.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                    Sincerely,

                    Kristen Clarke
                    Assistant Attorney General
                    Civil Rights Division

           by      /s/ Karen L. Ferguson
                    Karen L. Ferguson
                    Supervisory Civil Rights Analyst
                    Employment Litigation Section

cc: Kansas City Area Office, EEOC

Kansas City Kansas Community College, et al.