IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHERYL RUNNEBAUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 24-2012-JAR-BGS |
| v. | ) |
| | ) |
| KANSAS CITY KANSAS COMMUNITY | ) |
| COLLEGE BOARD OF TRUSTEES, | ) |
| | ) |
| Defendant. | ) |

## AMENDED JOINT NOTICE OF MEDIATION

Plaintiff and Defendant submit the following Joint Notice of Mediation.

The parties have agreed to mediate with Michelle Minor with Michelle Minor Mediation, (913) 481-2539.

The mediation is presently scheduled to begin at 9:30 a.m. on December 19, 2024.

Respectfully submitted,

s/ *Lewis M. Galloway*
Lewis M. Galloway, #20172
LG LAW, LLC
1600 Genessee St. Suite 918
Kansas City, Missouri 64102
(816) 442-7002 Facsimile: (816) 326-0820
lewis@lglawllc.com

Chad C. Beaver, #21280
BEAVER LAW FIRM, LLC
1600 Genessee St., Suite 920
Kansas City, Missouri 64102
(816) 226-7750 Facsimile: (816) 817-0540
cbeaver@beaver-law.com

ATTORNEYS FOR PLAINTIFF

s/ *Gregory P. Goheen*
Gregory P. Goheen, # 16291
MCANANY, VAN CLEAVE & PHILLIPS, P.A.
10 East Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
(913) 371-3838   Facsimile: (913) 371-4722
ggoheen@mvplaw.com

ATTORNEYS FOR DEFENDANT