## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

CHERYL RUNNEBAUM,

       Plaintiff,

v.

KANSAS CITY KANSAS COMMUNITY
COLLEGE BOARD OF TRUSTEES,

       Defendant.

Case No. 24-2012-JAR-BGS

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cheryl Runnebaum and Defendant Kansas City Kansas Community College Board of Trustees hereby stipulate to the dismissal of the above captioned case, with prejudice, each party to bear her or its own costs and attorneys' fees.

Respectfully submitted,

/s/ Lewis M. Galloway
Lewis Galloway    KS Bar No. 20172
LG Law LLC
1600 Genessee St Ste 918
Kansas City, MO 64102
Phone: (816) 442-7002
Fax:    (816) 326-0820
lewis@lglawllc.com

Chad C. Beaver    KS Bar No. 21280
Beaver Law Firm, LLC
1600 Genessee St Ste 920
Kansas City, MO 64102
Phone:  (816) 226-7750
Fax:  (816) 817-0540
cbeaver@beaver-law.com

ATTORNEYS FOR PLAINTIFF

/s/ Greg P. Goheen
Greg P. Goheen    KS Bar No. 16291
McAnany, Van Cleave, & Phillips, P.A
10 E. Cambridge Circle Drive Ste 300
Kansas City, KS 66103
Phone:  (913) 371-3838
Fax:  (913) 371-4722
ggoheen@mvplaw.com

ATTORNEYS FOR DEFENDANT